IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER NGUYEN**                                               **PLAINTIFF**

v.                    No. 4:25-cv-862-DPM

**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                    **DEFENDANT**

## JUDGMENT

Nguyen's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 November 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2025